IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTIN RENEE ZELONISH EDWARDS,<br><br>Defendant. | CR 24-25-M-DWM<br><br>ORDER |

Defendant Kristin Renee Zelonish Edwards having been sentenced on July 28, 2026 to a custodial term of imprisonment, (*see* Doc. 67), and an arrest warrant executed on August 17, 2026 based on the revocation of her permission to self-report, (*see* Docs. 75, 78),

IT IS ORDERED that the Defendant shall be transported to her designated Bureau of Prisons facility from California to begin serving her sentencing without returning to the District of Montana. The Clerk is directed to notify the United States Marshal's Service of this Order.

DATED this 20th day of August, 2026.

Donald W. Molloy, District Judge
United States District Court